PROB 12C
(6/16)

Report Date: January 7, 2025

# United States District Court

#### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Angel Martinez    Case Number: 0980 1:16CR02079-ACE-3

Address of Offender: ███████████████ Yakima, WA 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge
Name of Supervising Judicial Officer:  Alexander C. Ekstrom, U.S. Magistrate Judge

Date of Original Sentence: August 16, 2017

Original Offense:    Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 2

Original Sentence:    Prison - 92 months            Type of Supervision: Supervised Release
                      TSR - 48 months

Asst. U.S. Attorney:  Benjamin Seal              Date Supervision Commenced: February 6, 2024

Defense Attorney:     Alex B. Hernandez, III     Date Supervision Expires: February 5, 2028

## PETITIONING THE COURT

To issue a warrant.

On February 9, 2024, a probation officer met with Mr. Martinez and reviewed the conditions of supervision as outlined in the judgment.  Mr. Martinez indicated he understood the conditions of supervision.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:  Mr. Martinez is alleged to have violated special condition #6 by consuming methamphetamine on or about December 16, 21, 22, and 27, 2024.<br><br>On December 31, 2024, this officer contacted Mr. Martinez at his residence in Yakima. During the contact, Mr. Martinez admitted to consuming methamphetamine on or about December 16, 21, 22, and 27, 2024. |
| 2 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Martinez, Miguel Angel**
**January 7, 2025**
**Page 2**

**Supporting Evidence**: Mr. Martinez is alleged to have violated special condition #6 by attempting to adulterate his urinalysis (UA) test on December 18, 2024.

On or about December 31, 2024, this officer received notice from Triumph Treatment Services that Mr. Martinez provided a cold UA during a counseling session on December 18, 2024. The UA was sent to the laboratory for testing and Mr. Martinez was directed to return later in the day to provide another UA. Mr. Martinez provided another UA on December 18, 2024, that was sent for testing.

The first UA he provided returned negative for all substances including his prescribed medications. The second UA returned positive for the presence for methamphetamine and fentanyl. Mr. Martinez was confronted about the positive drug test results and he informed this officer that both UAs he provided on December 18, 2024, were not his urine.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 7, 2025

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ x ] The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ x ] Defendant to appear before the Magistrate Judge.
[ ]   Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

1/7/2025

Date