PROB 12C
(6/16)

Report Date: April 10, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2025

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Angel Martinez     Case Number: 0980 1:16CR02079-SAB-3

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 16, 2017

Original Offense:     Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 2

Original Sentence:    Prison - 92 months          Type of Supervision: Supervised Release
                      TSR - 48 months

Asst. U.S. Attorney:  Benjamin D. Seal            Date Supervision Commenced: February 6, 2024

Defense Attorney:     Alex B. Hernandez           Date Supervision Expires: February 5, 2028

## PETITIONING THE COURT

To issue a warrant.

On February 9, 2024, a probation officer met with Mr. Martinez and reviewed the conditions of supervision as outlined in the judgment. Mr. Martinez indicated he understood the conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Martinez is alleged to have violated his supervised release conditions by failing to start inpatient treatment at Key Recovery on April 9, 2025. |
| | On March 28, 2025, Mr. Martinez was informed by probation that a long-term inpatient bed date was secured for him at Key Recovery on April 3, 2025. He was provided with the address and contact information for Key Recovery. Mr. Martinez stated he was grateful for the opportunity and made a commitment to start treatment on April 3, 2025. |

Prob12C
**Re: Martinez, Miguel Angel**
**April 10, 2025**
**Page 2**

On April 2, 2025, probation contacted Mr. Martinez in the community and reminded him about his bed date at Key Recovery on April 3, 2025. Mr. Martinez reported he was ready to go and his wife was going to give him a ride to the treatment facility. He was informed there are also many supportive people in the sober support community that will provide him a ride to treatment if his wife was unable to give him a ride.

On April 3, 2025, probation received a call from Key Recovery. The intake counselor stated Mr. Martinez did not show up for his intake to the program. Mr. Martinez called Key Recovery and reported he was having car trouble. The counselor provided Mr. Martinez a new start date of April 7, 2025.

On April 4, 2025, Mr. Martinez called this officer and stated he moved his start date at Key Recovery to April 9, 2025, because he wanted to bring a weeks supply of Suboxone to the treatment program. Probation informed Mr. Martinez if he continued to delay starting inpatient treatment at Key Recovery, Court action would be requested.

On April 7, 2025, probation contacted Mr. Martinez at his residence. Mr. Martinez reported he was ready to start treatment on April 9, 2025. We discussed his travel plans and Mr. Martinez was informed he must leave early to arrive on time at the treatment facility, due to the amount of traffic in the Seattle, Washington, area. Again, probation informed Mr. Martinez if he did not show up to inpatient treatment at Key Recovery, Court action would be requested.

On April 9, 2025, Mr. Martinez failed to show up at Key Recovery to start inpatient treatment. The intake counselor reported Mr. Martinez called a few times, stating he was running late and he would be there.

2  **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed

**Supporting Evidence**: Mr. Martinez is alleged to have violated his supervised release conditions by failing to report to probation on April 10, 2025, by 10 a.m. as directed.

On April 9, 2025, this officer attempted to call Mr. Martinez on his cell phone and there was no answer. This officer then sent Mr. Martinez a text message directing him to report to the probation office on April 10, 2025, by 10 a.m. Mr. Martinez responded by text saying he would report to the probation office.

On April 10, 2025, Mr. Martinez failed to show up by 10 a.m. as directed and he failed to contact this officer to explain why he could not report.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C

**Re: Martinez, Miguel Angel**
**April 10, 2025**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 10, 2025

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

4/14/2025

Date