PROB 12C
(6/16)

Report Date: April 11, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Miguel Angel Martinez | Case Number: 0980 1:16CR02079-SAB-3 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Yakima, Washington 98902 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: August 16, 2017 | |
| Original Offense: Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 2 | |
| Original Sentence: Prison - 92 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Benjamin D. Seal | Date Supervision Commenced: February 6, 2024 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: February 5, 2028 |

## PETITIONING THE COURT

To incorporate the alleged violation with the violations previously reported to the Court on April 10, 2025.

On February 9, 2024, a probation officer met with Mr. Martinez and reviewed the conditions of supervision as outlined in the judgment. Mr. Martinez indicated he understood the conditions of supervision.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Martinez is alleged to have violated his supervised release conditions by consuming methamphetamine on or about April 9, 2025. |
| | On April 10, 2025, at 3:50 p.m., Mr. Martinez reported to the probation office in Yakima, Washington. During the contact Mr. Martinez admitted to consuming methamphetamine on April 9, 2025. A drug test was collected and sent to Alere Toxicology Services for testing. |

Prob12C

Re: Martinez, Miguel Angel
April 11, 2025
Page 2

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violation with the violations previously reported to the Court on April 10, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 11, 2025

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

4/14/2025

Date