PROB 12C
(6/16)

Report Date: July 29, 2025

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2025

SEAN F. MCAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Angel Martinez          Case Number: 0980 1:16CR02079-SAB-3

Address of Offender: ███████████ Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 16, 2017

| | | |
|---|---|---|
| Original Offense: | Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 2 | |
| Original Sentence: | Prison - 92 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>May 21, 2025 | Prison - Time served (37 days)<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 22, 2025 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: May 21, 2028 |

## PETITIONING THE COURT

To issue a warrant.

On June 4, 2025, Mr. Martinez  reviewed and signed the conditions of supervision as outlined in the revocation judgment.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able. |

**Supporting Evidence**: Mr. Martinez is alleged to have violated his supervised release conditions by being unsuccessfully discharged from inpatient treatment at Key Recovery on July 25, 2025.

On July 25, 2025, U.S. Probation received a phone call from the clinical director at Key Recovery.  She reported Mr. Martinez was leaving the inpatient treatment facility against the advise of staff.   Mr. Martinez arranged a ride back to Yakima, Washington, and was

Prob12C
**Re: Martinez, Miguel Angel**
**July 29, 2025**
**Page 2**

planning on leaving the facility at noon. After speaking with the clinical director, this officer spoke with Mr. Martinez on the telephone. Mr. Martinez confirmed he was leaving Key Recovery.  He reported his wife or mother was coming to pick him up.  Mr. Martinez stated he needed to come home to support his wife. Mr. Martinez was reminded there are consequences to every choice he makes and leaving the treatment facility is his decision to make. Mr. Martinez had already made his decision and was coming back to Yakima on July 25, 2025.  At the conclusion of the telephone call, Mr. Martinez was directed to report to the U.S. Probation Office on July 28, 2025, at 3 p.m.

2    <u>**Standard Condition #2**</u>:  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed

<u>**Supporting Evidence**</u>: Mr. Martinez is alleged to have violated his supervised release conditions by failing to report to the probation office as instructed on July 28, 2025.

On July 25, 2025, Mr. Martinez was directed to report to the U.S. Probation Office in Yakima, on July 28, 2025, at 3 p.m.  Mr. Martinez failed to report as directed and he has not contacted probation to explain why he failed to report.

On July 28, 2025, at approximately 4 p.m., this officer unsuccessfully attempted to contact him at his residence in Yakima. A business card was left in the front door directing Mr. Martinez to report on July 29, 2025, at 8 a.m.  Mr. Martinez did not report on July 29, 2025.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 29, 2025

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C

**Re: Martinez, Miguel Angel**
**July 29, 2025**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the
      case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

          7/31/2025
_____
Date